JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON JERMAINE JOHNSON, | NO. EDCV 24-1711 CAS (AGR) |
| Petitioner, | JUDGMENT |
| v. | |
| E. RICOLCOL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus and that this action is dismissed without prejudice.

DATED: December 16, 2025

*Christina A. Snyder*
_____
HONORABLE CHRISTINA A. SNYDER
United States District Judge